UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC. and ROCKSTAR GAMES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>PINKERTON CONSULTING & INVESTIGATIONS, INC. and PINKERTON SERVICE CORPORATION,<br><br>Defendants. | Case No. 19-cv-338<br><br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Take-Two Interactive Software, Inc. and Rockstar Games, Inc., by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed against Defendants Pinkerton Consulting & Investigations, Inc. and Pinkerton Service Corporation.

Dated: April 11, 2019

/s/ Dale M. Cendali
Dale M. Cendali
Joshua L. Simmons
Miranda Means
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
miranda.means@kirkland.com

*Attorneys for Plaintiffs*